

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Tan Duc USA v. Jimmy Tran

Appellate case number:   01-14-00539-CV

Trial court case number: 2010-48243

Trial court:             309th District Court of Harris County

On November 13, 2014, the court reporter filed an information sheet requesting an extension until December 30, 2014. The extension is **GRANTED**, however, due to the age of this appeal, the Court will not consider any further requests for extension for filing of the record.

It is so ORDERED.

Judge's signature: ____/s/ Rebeca Huddle
                   X  Acting individually    ☐ Acting for the Court

Date: November 25, 2014